LEHRMAN & ROSENWALD, INC., Appellant, v. BENJAMIN SIEGEL and Others, Respondents.— Order granting defendants' motion to dismiss complaint pursuant to rule 112 of the Rules of Civil Practice, and section 476 of the Civil Practice

Act, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the complaint states a cause of action in fraud for the damages suffered by plaintiff by reason thereof. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.